IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEARY SIMON (a/k/a "Robert Sutton")<br><br>Defendant. | CRIMINAL NO. 24-CR-284 (DLF) |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, GEARY SIMON, with the concurrence of his attorney agree and stipulate to this Statement of Offense. At all times relevant to the offenses to which Defendant SIMON is pleading guilty, on or about the dates and times listed below:

1. Defendant SIMON was a resident of the District of Columbia. SIMON lived in a property at 2433 H Street, NW, Washington, D.C. According to real property records, that property was owned by "Geary Stephen Simon Trustee."

2. SIMON created and controlled an email account for "Robert Sutton," rjs.ust9@gmail.com.

3. SIMON has had at least two felony convictions in 1992 and 2016. Most recently, SIMON was convicted of Carrying a Pistol without a License, a felony, in the matter *United States v. Geary Simon*, Case No. 2016CF2015307 (D.C. Super. Ct.).

4.      During 2021, SIMON fraudulently obtained $38,560 in rental housing assistance from the STAY DC Program.

5.      On June 22, 2021, SIMON applied for housing and utility assistance from the STAY DC Program by submitting an application via an online portal operated by the District of Columbia Department of Human Services ("DC-DHS"). In SIMON's Program Application, SIMON stated that he was a tenant who rented a property in the District of Columbia at 2433 H Street, NW, Washington, D.C.

6.      SIMON also falsely stated in his Program Application that his landlord was "Robert Sutton"; that SIMON had received an eviction notice from "Robert Sutton"; and that SIMON owed "Robert Sutton" the sum of $72,000 in past due rent for the months of April 2020 through July 2021. As SIMON knew at that time, those statements were false.

7.      In his Program Application, SIMON stated the telephone number for "Robert Sutton" was (***) ***-6693. However, that telephone number is actually a telephone number that SIMON used. SIMON also stated that the email address for "Sutton" was "rjs.ust9@gmail.com" which is actually an email address that SIMON controlled.

8.      On June 22, 2021, SIMON submitted this Program Application over the interstate wires to the D.C. government. SIMON did not qualify for assistance from the STAY DC Program because SIMON was not a tenant in need of rental assistance. This use of the interstate wires was essential to the scheme.

9.      In reliance on SIMON's fraudulent application, on August 27, 2021, the STAY DC Program issued a check to SIMON in the amount of $38,560 for rental assistance.

10.     On September 7, 2021, SIMON deposited the check from STAY DC into Capital Bank Account x1411 which is an account in the name of "The Geary Stephen Simon 2016

Irrevocable Trust."

11.     Person A owned and operated a plumbing and heating business in the District of Columbia. Person A died in approximately 2013. Shortly after Person A's death, SIMON and others working for SIMON collected all of Person A's personal property from Person A's office. SIMON and others working for SIMON transported all of Person A's personal property to a storage locker that SIMON controlled in the Eastern District of Virginia (the "Warehouse"). Shortly after Person A's death, a family member or associate of Person A contacted SIMON via telephone and informed him that Person A's office desk contained firearms. SIMON was asked if he had possession of those firearms. On the day of Person A's funeral, a member of Person A's family again asked SIMON for the whereabouts of Person A's two firearms. The family member wanted SIMON to return Person A's property from the Warehouse space that included the two firearms to the family. SIMON did not return Person A's property to the family member and took no steps to search for the firearms or to secure them in SIMON's Warehouse.

12.     Sometime after 2013, SIMON and others working for SIMON moved all of Person A's personal property from the Warehouse to another storage locker ("Unit #36") in the Eastern District of Virginia. SIMON took no steps to search for the two firearms in Person A's property and took no steps to secure the firearms.

13.     In April 2022, SIMON moved into a residence located on New Hampshire Avenue in the District of Columbia. SIMON and others working for SIMON moved some of Person A's property from Unit #36 in Virginia to SIMON's residence on New Hampshire Avenue.

14.     On or about March 14, 2024, law enforcement executed a search warrant at SIMON's residence in the District of Columbia. During the course of that search, law enforcement recovered the following items from SIMON's residence (collectively, the "Firearms"):

      a.      One Ruger Mark II .22 caliber pistol (SN: 216-18259) and one magazine for that pistol containing four rounds; and

      b.      One .32 caliber revolver model R73 (SN: NKD02463) and five loose .32 caliber rounds.

15. The Firearms recovered on March 14, 2024, had been shipped or transported in interstate commerce. SIMON knew that federal law prohibited SIMON from possessing the Firearms because he had previously been convicted of multiple crimes punishable by more than one year in prison, including a conviction in the District of Columbia for Carrying a Pistol without a License.

16. The Firearms recovered on March 14, 2024, were located in a box stored inside an unlocked closet located in a bathroom that only SIMON and two minor children used. No one else had access to the closet where the Firearms were recovered. The two minor children could have accessed the Firearms because they were not stored in a locked box or secure container, as required by D.C. law.

## Limited Nature of Statement of Offense

This proffer of evidence is not intended to constitute a complete statement of all facts known by SIMON or the government. Rather, it is a limited statement of facts intended to provide the minimal necessary factual predicate for the defendant's guilty plea.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: *[signature]*

JOHN W. BORCHERT (Bar No. 472824)
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, NW
Washington, D.C. 20530
(202) 252-7679
john.borchert@usdoj.gov

November 18, 2024

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, after consulting with my counsel. I agree and stipulate to this Statement of Offense. The Statement of Offense is a summary made for the purpose of providing the Court with a factual basis for my guilty plea. It does not include all of the facts known to me regarding these offenses. I, Geary Simon, make this statement knowingly and voluntarily and because I am in fact guilty of the crime to which I am pleading guilty.

Dated: 11-18-2024

GEARY SIMON
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of Offense.

Dated: 4/18/24

MARK E. SCHAMEL, ESQ.
Attorney for Geary Simon